# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED APR 0 7 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By___

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>EMOTET BOTNET DISTRIBUTION SERVERS | )<br>)<br>) Case No. 1:21(MJ34<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Multiple _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   02/08/21   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ The Honorable L. Patrick Auld _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   01/25/21; 3:18 pm   _____
                                                *Judge's signature*

City and state:   Greensboro, North Carolina   L. Patrick Auld, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:21MJ34 | 01/25/2021 – 02/08/2021 | Registrar or, if unknown, CERT |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Electronically stored information, that constitutes evidence and/or instrumentalities of the Emotet botnet computer fraud and conspiracy used by the administrators of the Emotet botnet to communicate with and distribute files to victim computers to infect them with Emotet malware, from the computer servers located in the United States that host the domains listed in Attachment A.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/11/2021

_Executing officer's signature_

Blair Newman, Special Agent
_Printed name and title_

# ATTACHMENT B
## PARTICULAR THINGS TO BE SEIZED

This warrant authorizes the use of remote access techniques to search the electronic storage media identified in Attachment A and to seize or copy from the electronic storage media identified in Attachment A any electronically stored information, including but not limited to web shells, used by the administrators of the Emotet botnet to communicate with and distribute files to victim computers to infect them with Emotet malware, as evidence and/or instrumentalities of the Emotet botnet computer fraud and conspiracy in violation of Title 18, United States Code, Sections 1030(a)(5)(A) (computer fraud) and 371 (conspiracy to commit computer fraud).

This warrant does not authorize the seizure of any tangible property. Except as provided above, this warrant does not authorize the seizure or copying of any content from the electronic storage media identified in Attachment A or the alteration of the functionality of the electronic storage media identified in Attachment A.